# United States Bankruptcy Court
## Western District of North Carolina

In re   Eugene Kevin Ehmann, Sr.                                   Case No.   **10-30518**
                        Debtor(s)                                  Chapter    **7**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Form 6, Schedule F, Schedule G and Schedule H**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given on this date to any and all entities affected by the amendment, including the creditors listed below:

**Capital One**

Date:   **March 18, 2010**          **/s/ Jefferson Mabrito**
                                    **Jefferson Mabrito**
                                    Attorney for Debtor(s)
                                    **Jefferson Mabrito, Attorney at Law**
                                    **401 Hawthorne LN**
                                    **Suite 110-139**
                                    **Charlotte, NC 28204**
                                    **704-808-0557**
                                    **jefferson@mabritolaw.com**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Western District of North Carolina

In re: **Eugene Kevin Ehmann, Sr.**
Debtor

Case No. **10-30518**

Chapter **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 617,500.00 | | |
| B - Personal Property | Yes | 5 | 467,524.00 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 2,619,500.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 1,294,458.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,798.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 10,679.00 |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| Total Assets | | | 1,085,024.00 | | |
| Total Liabilities | | | | 3,913,958.00 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Western District of North Carolina

In re  Eugene Kevin Ehmann, Sr.                                    Case No. __10-30518__
                              Debtor
                                                                   Chapter __7__

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
| --- | --- |
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
| --- | --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  Eugene Kevin Ehmann, Sr.                                            Case No.  10-30518
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
|  |  | H W J C |  |  |  |  |  |  |
| Account No. xxxxxx2307<br><br>American Community Bank<br>PO Box 888<br>Elkin, NC 28621 | X | H |  | 09/2006 through 09/2007<br>Business Loan |  |  |  | 150,000.00 |
| Account No.<br><br>American Community Bank<br>PO Box 888<br>Elkin, NC 28621 | X | H |  | Deficiency in connection with 2443 Sharon Rd, Charlotte, NC 28211 (Lender foreclosed on property) |  |  | X | 155,000.00 |
| Account No.<br><br>American Community Bank<br>PO Box 888<br>Elkin, NC 28621 | X | H |  | Deficiency in connection with 2445 Sharon Rd, Charlotte, NC 28211 (Lender foreclosed on property) |  |  |  | 155,000.00 |
| Account No. xxxxxxxx7048<br><br>American Express<br>PO Box 981537<br>El Paso, TX 79998-1537 |  | H |  | Various dates<br>Credit card purchases |  |  |  | 23,000.00 |
|   3   continuation sheets attached |  |  |  |  |  | Subtotal<br>(Total of this page) |  | 483,000.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Eugene Kevin Ehmann, Sr.**                                                                      Case No. **10-30518**
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx5121<br><br>Bank of America<br>4060 Ogletown Stanton Rd<br>Newark, DE 19713-3102 | | H | Various dates<br>Credit card purchases | | | | 11,000.00 |
| Account No. xxxxxxxx2317<br><br>Bank of America<br>4060 Ogletown Stanton Rd<br>Newark, DE 19713-3102 | | H | Various dates<br>Credit card purchases | | | | 16,000.00 |
| Account No. xxxxxxxx3002<br><br>Bb&T Bankcard<br>PO Box 2306<br>Bankcard Reporting<br>Wilson, NC 27894-2306 | | H | Various dates<br>Credit card purchases | | | | 9,500.00 |
| Account No. xx0086<br><br>Bmw Financial Services<br>5515 Parkcenter Cir<br>Dublin, OH 43017-3584 | X | H | 07/2007<br>Co-signer on spouse's auto loan in connection with purchase of Spouse's vehicle (separate property of spouse). | | | | 6,000.00 |
| Account No. xxxx-xxxx-xxxx-4256<br><br>Capital One<br>PO Box 85167<br>Richmond, VA 23285-5167 | X | H | Various dates<br>Various credit card purchases | | | | 6,586.00 |

Sheet no. **1** of **3** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **49,086.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  Eugene Kevin Ehmann, Sr.                                              Case No.  10-30518
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx1186<br><br>Citibank SD, Na<br>PO Box 6241<br>Sioux Falls, SD 57117-6241 | | H | Various dates<br>Credit card purchases | | | | 18,072.00 |
| Account No.<br><br>First Citizens Bank<br>Central Bank Operations- DAC 02<br>PO Box 27131<br>Raleigh, NC 27611-7131 | X | H | Various dates<br>Line of business credit | | | | 15,000.00 |
| Account No.<br><br>John Windell<br>11720 Oakland Hills Place<br>Charlotte, NC 28277 | | H | October 2007<br>Personal loan to cover business expenses | | | | 58,500.00 |
| Account No. 2119<br><br>Matthew Building Supply<br>PO Box 607<br>Matthews, NC 28106 | | H | 2007<br>Construction loan | | | | 650,000.00 |
| Account No. xxxxxxxx0977<br><br>Sears/Citibank SD, Na<br>8725 W Sahara Ave<br>The Lakes, NV 89163-0001 | | H | Various dates<br>Credit card purchases | | | | 14,000.00 |

Sheet no. __2__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       755,572.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Eugene Kevin Ehmann, Sr.,  Case No. __10-30518__
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx3876<br><br>Sun Trust Mortgage, Inc Abns<br>1001 Semmes Ave, Suite 600<br>Richmond, VA 23224-2245 | | H | 11/2006<br>Purchase of 70 Blue Willow Dr, Bluffton, SC 29909 (was foreclosed on in November, 2009) | | | X | 0.00 |
| Account No. xxxxxxxx3296<br><br>The Home Depot/Cbsd<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | | H | Various dates<br>Credit card purchases | | | | 6,800.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __3__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 6,800.00

Total (Report on Summary of Schedules) 1,294,458.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re  Eugene Kevin Ehmann, Sr.                                              Case No.    10-30518
                                       Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Howey Company<br>6805-C<br>Charlotte, NC 28210 | Residential lease-debtor's primary residence:<br>Location: 1816 Wellesley Ave, Charlotte, NC 28209<br>Terms: 22 months remaining on lease at $1800 per month |
| Pruco Life Insurance Company<br>PO Box 7390<br>Philadelphia, PA 19176 | Term life policy, insuring Debtor's life<br>policy number: x8567 |
| Reassure America Life<br>PO Box 305153<br>Nashville, TN 37230 | Term life policy, insuring Debtor's life<br>Policy number: x6418 |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re   Eugene Kevin Ehmann, Sr.                                           Case No.   10-30518
                                    Debtor

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).
☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| BG Contracting, Inc.<br>6805 Fairview Rd<br>Charlotte, NC 28210 | Ray Miller and Carol Heller Miller<br>2205 Red Fox Trail<br>Charlotte, NC 28204 |
| BG Contracting, Inc.<br>6805 Fairview Rd<br>Charlotte, NC 28210 | American Community Bank<br>PO Box 888<br>Elkin, NC 28621 |
| BG Contracting, Inc.<br>6805 Fairview Rd<br>Charlotte, NC 28210 | American Community Bank<br>PO Box 888<br>Elkin, NC 28621 |
| BG Contracting, Inc.<br>6805 Fairview Rd<br>Charlotte, NC 28210 | Capital One<br>PO Box 85167<br>Richmond, VA 23285-5167 |
| Elizabeth Ehmann<br>2244 La Maison Dr<br>Charlotte, NC 28226 | Bmw Financial Services<br>5515 Parkcenter Cir<br>Dublin, OH 43017-3584 |
| Gebo Properties, LLC<br>6805 Fairview Rd.<br>Charlotte, NC 28210 | American Community Bank<br>PO Box 888<br>Elkin, NC 28621 |
| Gebo Properties, LLC<br>6805 Fairview Rd<br>Charlotte, NC 28210 | First Citizens Bank<br>Central Bank Operations- DAC 02<br>PO Box 27131<br>Raleigh, NC 27611-7131 |
| Robert Burris<br>6857 Fairview Rd<br>Suite 100<br>Charlotte, NC 28210 | American Community Bank<br>PO Box 888<br>Elkin, NC 28621 |
| Robert Burris<br>6857 Fairview Rd<br>Suite 100<br>Charlotte, NC 28210 | First Citizens Bank<br>Central Bank Operations- DAC 02<br>PO Box 27131<br>Raleigh, NC 27611-7131 |

0
___ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                         Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of North Carolina

In re  **Eugene Kevin Ehmann, Sr.**                                Case No.  **10-30518**
                                    Debtor(s)                     Chapter  **7**

# AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of __8__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **March 18, 2010**         Signature  **/s/ Eugene Kevin Ehmann, Sr.**
                                          Eugene Kevin Ehmann, Sr.
                                          Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.